UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WALKER; JEFFERY JENKINS; PATRICK JENKINS; QUANSHAI JENKINS; JONATHAN KELLY; JOHN MOORE; SOPHIA ROACH; ANNIE SPEARMAN; DARREN THOMAS; J. BOWIE; EARL JOHNSON; CARLOS M. LAKES; L.C. MCCARTHUR; EVELYN PRESLEY; DEBBIE STONE; STEPHANIE WOODSON; LEE WILLIE; YOLANDA WYNNE; SAMANTHA PRITCHETT; IRENE TOY; LACHARLES TAYLOR; VICTORIA THOMPSON; VIGERNIA SLACK; DEBRA JOHNSON; AND PATRICIA JONES, all individually,

    Plaintiffs,

    v.

CORRECTIONS CORPORATION OF AMERICA AND CCA OF TENNESSEE, LLC,

    Defendants.

Civil Action No: 4:14-cv-00142-SA-SAA

## NOTICE OF DEPOSITION OF JEFFERY JENKINS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Corrections Corporation of America will take the deposition of Jeffery Jenkins beginning at 2:30 p.m. on Tuesday, June 23, 2015 at the offices of CHAPMAN, LEWIS & SWAN, PLLC, 501 First Street, Clarksdale, Mississippi 38614 and continuing from day to day thereafter, if necessary, until completed. This deposition will be conducted by oral examination before an

officer duly authorized to administer oaths and will be recorded by stenographic means.

DATED this 1st day of June, 2015.        Respectfully submitted,

/s/ *Meg Thoma Blackwood*
Lemuel E. Montgomery III MB#100686
Timothy Thredgill MB#8886
Katie Bryant Snell MB#103607
BUTLER SNOW LLP
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS  39157
Telephone: 601.985.4200
Facsimile:  601.985.4500
Lem.Montgomery@butlersnow.com

Robert W. Pritchard,
Admitted p*ro hac vice*
LITTLER MENDELSON, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
Telephone: 412.201.7600
Facsimile:  412.456.2377
rpritchard@littler.com

Meg Thoma Blackwood
(Ga. Bar No. 061095)
Admitted *pro hac vice*
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA  30326.4803
Telephone: 404.233.0330
Facsimile:  404.233.2361
mblackwood@littler.com

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 1st day of June, 2015, I electronically filed the foregoing **NOTICE OF DEPOSITION OF JEFFERY JENKINS** with the Clerk of Court using the CM/ECF System, which will automatically send email notification of such filing to counsel of record as follows:

| | |
|---|---|
| Ross E. Webster<br>GLANKLER BROWN, PLLC<br>6000 Poplar Avenue, Suite 400<br>Memphis, Tennessee 38119<br>rwebster@glankler.com | J. Harland Webster<br>CHAPMAN, LEWIS & SWAN, PLLC<br>501 First Street<br>P.O. Box 428<br>Clarksdale, Mississippi  38614<br>harland@chapman-lewis-swan.com |

/s/ *Meg Thoma Blackwood*
Meg Thoma Blackwood