IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WALKER, et al.                                                                     PLAINTIFFS

V.                                              CIVIL ACTION NO. 4:14-CV-00142-SA-SAA

CORRECTIONS CORPORATION
OF AMERICA                                                                                DEFENDANT

ORDER ON MOTION TO DISMISS

This cause is before the Court on the submission of Defendant Corrections Corporation of America's Motion to Dismiss Plaintiffs' First Amended Complaint [10]. This Court granted Plaintiffs' leave to amend a second time [34], and Defendant has conceded that the Second Amended Complaint renders its motion to dismiss procedurally moot.

Accordingly, it is therefore ORDERED that Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint [10] is DISMISSED AS MOOT.

SO ORDERED, this the 22nd day of July, 2015.

                                                                                            /s/ Sharion Aycock
                                                                                            **U.S. DISTRICT JUDGE**