IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WALKER, ET AL.                                                      PLAINTIFFS

V.                                                CAUSE NO.: 4:14CV142-SA-SAA

CORRECTIONS CORPORATION OF AMERICA, and
CCA OF TENNESSEE, LLC                                         DEFENDANTS

ORDER ON MOTIONS

Pursuant to a Memorandum Opinion issued this day,

1. the Motion to Dismiss [106] is GRANTED;

2. Debra Johnson and Irene Toy are DISMISSED as plaintiffs; and

3. the Motion for Partial Summary Judgment [113] filed by Defendants is GRANTED IN PART and DENIED IN PART.

SO ORDERED, this the 4th day of February, 2016.

                                                               /s/ Sharion Aycock
                                                               **U.S. DISTRICT JUDGE**