IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JAMES WALKER; JEFFERY JENKINS;
PATRICK JENKINS; QUANSHAI
JENKINS; JONATHAN KELLY; JOHN
MOORE; SOPHIA ROACH; ANNIE
SPEARMAN; DARREN THOMAS;
EVELYN PRESLY, and VIGERNIA
SLACK, all individually                                                                    PLAINTIFFS

v.                                                           Civil Action No: 4:14-cv-00142-SA-SAA

CORRECTIONS CORPORATION
OF AMERICA and/or
CCA OF TENNESSEE, LLC                                                                  DEFENDANTS

## JUDGMENT

This case was tried by a jury with the undersigned judge presiding, and the jury rendered a verdict on March 15, 2016. The Court hereby orders that judgment be entered in favor of the Defendants.

SO ORDERED, this the 22nd day of March, 2016.

                                                                            **/s/ Sharion Aycock**
                                                                            **U.S. DISTRICT JUDGE**